UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM A. RUSHWORTH, SR., Individually and in his capacity as Administrator of the Estate of TODD BRIAN RUSHWORTH | : | |
| VS. | : | C.A. NO. |
| MANITOWOC ENGINEERING CO. THE MANITOWOC COMPANY, INC. | : | |

**NOTICE OF REMOVAL**

TO: The Honorable Judges of the
United States District Court
For the District of Rhode Island

Defendant, MANITOWOC CRANES, INC., incorrectly identified as MANITOWOC ENGINEERING CO. THE MANITOWOC COMPANY, INC., hereinafter referred to as "Manitowoc," by their attorneys Higgins, Cavanagh & Cooney LLP, respectfully states as follows:

1. On or about July 13, 2006, an action was commenced against Manitowoc in the Superior Court for the State of Rhode Island, Providence County, Civil Action number: PC06-3724, by the filing of Plaintiff's Complaint. The summons and complaint were allegedly served upon Manitowoc by and through its registered agent C.T. Corporation System, 8025 Excelsior Drive, Suite 200, Madison, WI 53717 on or about July 21, 2006. Copies of the pleadings, as required by 28 U.S.C §1446(a), are attached hereto as Exhibit "A".

2. The date on which Manitowoc is required by the Rhode Island Superior Court Rules of Civil Procedure to answer or otherwise respond with respect to the Complaint has not lapsed.

3. Manitowoc desires to exercise its right under the provisions of 28 U.S.C. §1441 to remove this action from the Rhode Island Superior Court, Providence County, in which said action is now pending, to the United States District Court for the District of Rhode Island, which embraces the County where this action is now pending.

4. Plaintiff's complaint is based upon an incident wherein the decedent Todd Brian Rushworth, a resident of the Town of Gloucester, State of Rhode, while operating a crane allegedly manufactured by Manitowoc or a subsidiary of it, sustained severe, objective and life-threatening injuries, pain, suffering and emotional anguish resulting in his death.

5. Plaintiff's allegations, among other things, against Manitowoc are the negligent manufacture, distribution, design, supply and sale of a crane utilized by the decedent Todd Brian Rushworth.

6. The above-described action is one of which this court has original jurisdiction under the provisions of 28 U.S.C. §1332, Diversity of Citizenship, and is one which may be removed to this Court by Manitowoc pursuant to the provisions of 28 U.S.C. §1441(a).

7. The Plaintiff, according to the Complaint filed in the Superior Court for the State of Rhode Island, County of Providence and attached as Exhibit "A", is a resident of the Town of Gloucester, State of Rhode Island.

8. Manitowoc is incorporated in and has its principal place of business in the State of Wisconsin.

9. The controversy between the Plaintiff and Manitowoc exceeds the sum of Seventy-Five Thousand ($75,000) Dollars, exclusive of interest and costs.

10. 28 U.S.C. §1332(a) grants this Court original jurisdiction for cases in which the matter in controversy exceeds the sum or value of $75,000 and is between citizens of different states.

11. 28 U.S.C. §1441(a) provides for the removal from State court of civil actions arising under federal law pursuant to 28 U.S.C. §1332. The above-captioned action is one of which this Court has original jurisdiction under the provisions of 28 U.S.C. §1332 and one which can be removed to this Court by the petitioner pursuant to the provisions of 28 U.S.C. §1441, in that Plaintiff's claim for compensatory and punitive damages exceeds $75,000, and the Plaintiff and Manitowoc maintain citizenships in different states: the plaintiff in Rhode Island and Manitowoc in Wisconsin.

12. In accordance with the requirements of 28 U.S.C. §1446, this notice of removal is filed within 30 days of Defendants receipt of a copy of the summons and complaint.

13. A true copy of this petition will be filed with the Clerk of the Superior Court of Providence County, State of Rhode Island.

14. Manitowoc reserves the right to amend this Notice of Removal. Manitowoc also reserves the right to all defenses, including without limitation, the defense of lack of personal jurisdiction.

15. There are no other defendants to this action so that there is no need for consent to removal as required by 28 U.S.C. 1441(c).

**WHEREFORE**, Manitowoc prays that the above action now pending in the Superior Court of the State of Rhode Island in and for the County of Providence be removed therefrom to this Court.

**PLEASE TAKE NOTICE** that defendants hereby respectfully request a trial by jury.

Defendant
By Their Attorneys,
HIGGINS, CAVANAGH & COONEY, LLP

John F. Kelleher, No. 3854
Samuel C. Bodurtha, No. 7075
The Hay Building, 4th Floor
123 Dyer Street
Providence, RI 02903-3987
Telephone: 800-274-5299
401-272-3500
Facsimile: 401-273-8780
E-Mail: jkelleher@hcc-law.com

Dated: Providence, Rhode Island
August 10, 2006

I, John F. Kelleher, Esq., attorney for the defendant MANITOWOC CRANES, INC., being duly sworn upon oath, do hereby verily believe the facts state in the within Petition to be true.

John F. Kelleher, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Removal was served via first class mail on this 10th day of August, 2006 upon:

Carol A. Zangari, Esq.
Law Offices of Carol A. Zangari
The Wilcox Building
42 Weybosset Street, Suite 402
Providence, RI 02903