J 4
(I '. 3/99)

# CIVIL COVER SHEET

T JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required b aw, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use o e Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

CA 06 364T

**I. ) PLAINTIFFS**

WI LIAM A. RUSHWORTH, SR., Individually ar in his capacity as Administrator of tl Estate of TODD BRIAN RUSHWORTH

) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Providence
(EXCEPT IN U.S. PLAINTIFF CASES)

**DEFENDANTS**

MANIT [illegible] NEERING CO.
THE MANITOWOC COMPANY, INC.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Ca ol A..Zangari, Esq., #2130
42 Weybosset St., Suite 402
Pr vidence, RI 02903
83 -1999

ATTORNEYS (IF KNOWN)
John F. Kelleher, Esq., #3854
HIGGINS, CAVANAGH & COONEY, LLP
123 Dyer St., Providence, RI 02903
272-3500

**II. ASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ J.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ J.S. Government Defendant
- XX Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | XX | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | XX |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV NATURE OF SUIT** *(PLACE AN "X" IN ONE BOX ONLY)*

**CONTRACT**
☐ Insurance
☐ Marine
☐ Miller Act
☐ Negotiable Instrument
☐ Recovery of Overpayment & Enforcement of Judgment
☐ Medicare Act
☐ Recovery of Defaulted Student Loans (Excl. Veterans)
☐ Recovery of Overpayment of Veteran's Benefits
☐ Stockholders' Suits
☐ Other Contract
☐ Contract Product Liability

**TORTS**

PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

PERSONAL INJURY
☐ 362 Personal Injury — Med. Malpractice
XX 365 Personal Injury — Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions

**EAL PROPERTY**
☐ Land Condemnation
☐ Foreclosure
☐ Rent Lease & Ejectment
☐ Torts to Land
☐ Tort Product Liability
☐ All Other Real Property

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence
HABEAS CORPUS:
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS — Third Party 26 USC 7609

**V. RIGIN** *(PLACE AN "X" IN ONE BOX ONLY)*

- ☐ 1 iginal oceeding
- XX Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Pr duct liability action removed from State Court pursuant to 28 USC 1441, <u>et seq</u>.

**VI REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** XX YES ☐ NO

**VI RELATED CASE(S)** (See instructions): **F ANY**
JUDGE ______ DOCKET NUMBER ______

DA
8/ /06
SIGNATURE OF ATTORNEY OF RECORD
[signature]

**FO FFICE USE ONLY**

RE PT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______