STATE OI ODE ISLAND AND PROVIDENCE PLANT )NS
SUPERIOR COURT
CIVIL DOCKET SHEET

CA 06-364 T

Case ID: PC-2006-3724 WILLIAM A RUSHWORTH SR V MANITOWOC ENGINEERING CO

Filing Date: 07-13-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: WRONGFUL DEATH
Status Date: 08-10-2006

Plaintiff: WILLIAM RUSHWORTH
ID: @10851110

Attorney: CAROL ZANGARI

Defendant: MANITOWOC ENGINEERING CO.
ID: @10851111
Defendant: THE MANITOWOC COMPANY INC.
ID: @10851112

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 07-13-2006 | COMPLAINT FILED | |
| 07-13-2006 | INITIAL FILING FEE | |
| 07-13-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP230042. |
| 08-04-2006 | SUMMONS,PROOF OF SERVICE FILED | FOR THE MANITOWIC CO. |
| 08-10-2006 | NOTICE OF REMOVAL | TO THE US DISTRICT COURT |
| 08-10-2006 | CASE REMVD TO US DISTRICT CT | |
| 08-10-2006 | OTH DOC FILED DURING DISCOV | NOTICE OF REMOVAL TO DISTRICT COURT |

rue Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island