UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM A. RUSHWORTH, SR., Individually and in his capacity as Administrator of the Estate of TODD BRIAN RUSHWORTH | : | |
| VS. | : | C.A. NO. 06-364T |
| MANITOWOC ENGINEERING CO. THE MANITOWOC COMPANY, INC. | : | |

**NOTICE OF DEPOSITION**

Kindly take notice that at **2:00 pm on Tuesday, October 17, 2006** at the offices of HIGGINS, CAVANAGH & COONEY, 123 Dyer Street, Providence, Rhode Island, the attorneys for Defendant will take the deposition of **Keeper of the Records of the Providence Police Department,** for the purpose of discovery, or for use as evidence or both, before a Notary Public in and for the State of Rhode Island, or before some other officer authorized to administer oaths.

Defendant
By Their Attorneys,
HIGGINS, CAVANAGH & COONEY, LLP

/s/ John F. Kelleher
John F. Kelleher, Esq., #3854
123 Dyer Street
Providence, RI 02903-3987
Telephone: 401-272-3500
Facsimile: 401-273-8780
E-Mail: jkelleher@hcc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that I sent a true copy of the within Notice of Deposition by electronic means (ECF) to Carol A. Zangari, Esquire, at caz@zangarilaw.com as well as by first class mail to her address of record, 42 Weybosset Street, Suite 402, Providence, RI, 02903 on this 27th day of September, 2006.

cc: Laplante & Simoneau

/s/ John F. Kelleher