UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM A. RUSHWORTH, SR., Individually and in his capacity as Administrator of the Estate of TODD BRIAN RUSHWORTH | : | |
| VS. | : | C.A.NO.: 06-364T |
| MANITOWOC ENGINEERING CO. THE MANITOWOC COMPANY, INC. | : | |

**DEFENDANT, MANITOWOC CRANES, INC.'S MOTION TO COMPEL PRODUCTION AND ANSWERS TO INTERROGATORIES**

Defendant, Manitowoc Cranes, Inc., hereby moves pursuant to F.R.C.P. 37(a) to compel plaintiff to produce documents responsive to a request for production and to provide answers to interrogatories propounded on or about August 10, 2006, within thirty days of the date of the order granting this motion. Plaintiff, William A. Rushworth, Sr.'s responses were due on September 11, 2006. To date, he has failed to provide any response.

Defendant has in good faith conferred or attempted to confer with the party not making the disclosure in an effort to secure the information without Court action.

Pursuant to local rule 12(a) defendant has not filed herewith a supporting memorandum.

Defendant, by its attorneys,
HIGGINS, CAVANAGH & COONEY, LLP
By /s/ John F. Kelleher
John F. Kelleher, Esq., #3854
123 Dyer Street
Providence, RI 02903
Telephone: 401-272-3500
Facsimile: 401-273-8780
E-Mail: jkelleher@hcc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that I sent a true copy of the within Motion to Compel by electronic means (ECF) to Carol A. Zangari, Esquire at caz@zangarilaw.com, on this 4th day of October, 2006.

/s/ John F. Kelleher