UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM A. RUSHWORTH, SR., Individually and in his capacity as Administrator of the Estate of TODD BRIAN RUSHWORTH | : | |
| VS. | : | C.A.NO.: 06-364T |
| MANITOWOC ENGINEERING CO. THE MANITOWOC COMPANY, INC. | : | |

**DEFENDANT'S MOTION FOR DISMISSAL**

Defendant hereby moves for of dismissal of plaintiff's complaint for plaintiff's failure to comply with the October 30, 2006 court order compelling plaintiff's answers to interrogatories and responses to defendant's request for production. Defendants hereby request a 30-day order of dismissal.

Defendant, by its attorneys,
HIGGINS, CAVANAGH & COONEY, LLP
By /s/ John F. Kelleher
John F. Kelleher, Esq., #3854
123 Dyer Street
Providence, RI 02903
Telephone: 401-272-3500
Facsimile: 401-273-8780
E-Mail: jkelleher@hcc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that I sent a true copy of the within Motion for Dismissal by electronic means (ECF) to Carol A. Zangari, Esquire at caz@zangarilaw.com, on this 10th day of January, 2007.

/s/ John F. Kelleher