UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM A. RUSHWORTH, SR., Individually and in his capacity as Administrator of the Estate of TODD BRIAN RUSHWORTH | : | |
| VS. | : | C.A.NO.: 06-364T |
| MANITOWOC ENGINEERING CO. THE MANITOWOC COMPANY, INC. | : | |

**DEFENDANT, MANITOWOC CRANES, INC.'S, MEMORANDUM IN SUPPORT OF ITS MOTION FOR DISMISSAL**

The instant matter is a product liability action wherein plaintiff in his capacity as the Administrator of the Estate of Todd Brian Rushworth seeks compensation for the alleged wrongful death of Todd Rushworth. Plaintiff seeks recovery under traditional product liability theories. On or about August 10, 2006, defendant served interrogatories and a request for production of documents upon the plaintiff. No answers or responses were filed. On or about October 4, 2006, defendant filed a motion to compel production of the documents requested and answers to its interrogatories. The Court granted defendant's motion or about October 30, 2006. Pursuant to the Order plaintiff's discovery responses were due on or before November 30, 2006.

By agreement of the parties, the time for compliance was extended to December 24, 2006. To date, plaintiff has neither responded to defendant's request for production nor answers defendant's interrogatories. Fed.R.Civ.P. §37(d) authorizes the Court, upon plaintiff's failure to answer interrogatories or respond to a request for production to "make such orders in regard to the failure as are just", including the entry of a conditional order of dismissal. Plaintiff has had more than five months to answer defendant's

interrogatories and produce the documents requested. Accordingly, entry of a conditional order of dismissal is reasonable and appropriate.

**CONCLUSION**

For the reasons stated above, defendant, Manitowoc Cranes, Inc., respectfully requests that this Court enter a 30-day conditional order of dismissal.

Defendant,
MANITOWOC CRANES, INC., improperly
named as Manitowoc Engineering Co. and
The Manitowoc Company, Inc.
By its attorneys,
HIGGINS, CAVANAGH & COONEY, LLP

By /s/ John F. Kelleher
John F. Kelleher, Esq., #3854
123 Dyer Street
Providence, RI 02903
Telephone: 401-272-3500
Facsimile: 401-273-8780
E-Mail: jkelleher@hcc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that I sent a true copy of the within Motion for Dismissal by electronic means (ECF) to Carol A. Zangari, Esquire at caz@zangarilaw.com, on this 16th day of January, 2007.

/s/ John F. Kelleher