UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM A. RUSHWORTH, SR., Individually and in his capacity as Administrator of the Estate of TODD BRIAN RUSHWORTH | : | |
| VS. | : | C.A. NO. 06-0364T |
| MANITOWOC ENGINEERING CO., THE MANITOWOC COMPANY, INC. | : | |

**ENTRY OF APPEARANCE**

Beth A. Oldmixon, Esquire hereby enters her appearance on behalf of defendant, Manitowoc Cranes, Inc., incorrectly identified as Manitowoc Engineering Co. and The Manitowoc Company, Inc. in connection with the above-captioned matter.

Defendant,
MANITOWOC CRANES, INC.
By its attorneys,
HIGGINS, CAVANAGH & COONEY, LLP
/s/ Beth A. Oldmixon
Beth A. Oldmixon, #7211
123 Dyer Street
Providence, RI 02903
(401) 272-3500
boldmixon@hcc-law.com

**CERTIFICATION**

I, Beth A. Oldmixon, hereby certify that the within document was electronically filed on February 12, 2007. I further certify that a true copy of the within was sent by electronic means (ECF) to the counsel of record Carol A. Zangari at caz@zangarilaw.com on this 12th day of February, 2007.

/s/ Beth A. Oldmixon