UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM A. RUSHWORTH, SR.,<br>Individually and in his capacity as<br>Administrator of the Estate of<br>TODD BRIAN RUSHWORTH | : | |
| VS. | : | C.A. NO. 06-0364T |
| MANITOWOC ENGINEERING CO.,<br>THE MANITOWOC COMPANY, INC. | : | |

**MOTION TO CONTINUE**

Defendant, Manitowoc Cranes, Inc., hereby moves for an Order of this Court continuing the Rule 16 scheduling conference currently scheduled for February 20, 2007 at 9:30 am. As grounds for its motion, defendant states that the undersigned is lead trial counsel and defendant seeks a continuance so the undersigned may take a prepaid family vacation.

Defendant, by its attorneys,
HIGGINS, CAVANAGH & COONEY, LLP
By /s/ John F. Kelleher

John F. Kelleher, Esq., #3854
123 Dyer Street
Providence, RI 02903
Telephone: 401-272-3500
Facsimile: 401-273-8780
E-Mail: jkelleher@hcc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that I sent a true copy of the within Motion for Dismissal by electronic means (ECF) to Carol A. Zangari, Esquire at caz@zangarilaw.com, on this 14th day of February, 2007.

/s/ John F. Kelleher