UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM A. RUSHWORTH, SR., Individually and in his capacity as Administrator of the Estate of TODD BRIAN RUSHWORTH, Plaintiff | : | |
| VS. | : | C.A. NO. 06-0369T |
| Salah & Pecci Leasing Company, Inc. SALAH & PECCI, a/k/a JOHN DOE CORP. Defendant | : | |
| VS. | : | |
| METALS RECYCLING, LLC, et al MANITOWOC CRANES, INC.; INTERNATIONAL ONGSHOREMEN'S ASSOCIATION, LOCAL #1329; JOHN LOPES, in his capacity as President Of Local #1329; HORACE CASTLE, in his capacity as Secretary-Treasurer of Local #1329; and JOHN DOES 1-5 Third-party defendants | : | |

**NOTICE OF DEPOSITION**

Kindly take notice that at 10:00am on March 14, 2007, at the offices of HIGGINS, CAVANAGH & COONEY, 123 Dyer Street, Providence, Rhode Island, the attorneys for DEFENDANT will take the deposition of the **Keeper of Records of the Providence Police Department** for the purpose of discovery, or for use as evidence or both, before a Notary Public in and for the State of Rhode Island, or before some other officer authorized to administer oaths.

Third-party Defendant,
MANITOWOC CRANES, INC.
By its attorneys,
HIGGINS, CAVANAGH & COONEY, LLP
/s/ Samuel C. Bodurtha, Esq.

Samuel C. Bodurtha, Esq. (#7075)
123 Dyer Street
Providence, RI 02903
(401) 272-3500

cc: Capitol Court Reporting

**CERTIFICATION**

I, Samuel C. Bodurtha, hereby certify that the within document was electronically filed on February 13, 2007. I further certify that a true copy of the within was sent by electronic means (ECF) to the following counsel of record: Jessica V. Barnett, Esq., at jbarnett@foleyhoag.com; Michael J. Daly at mdaly@vetterandwhite.com; Mark P. Dolan, Esq. at ricedolan@ricedolan.com; Jeffrey S. Follett, Esq at jfollett@foleyoag.com; Brooks R. Magratten, Esq at bmagratten@vetterandwhite.com; John R. Mahoney, Esq., at jackmahoney@amlawllp.com, lsoucy@amlawllp.com and at johnmahoney@amlawllp.com; Robert J. Quigley, Jr. at rquigley@mjqlaw.com; and Carol A. Zangari at caz@zangarilaw.com on this 21st day of February, 2007.

/s/ Samuel C. Bodurtha, Esq.

**SCHEDULE "A"**

To: Keeper of Records
Providence Police Department
325 Washington Street
Providence, RI 02903

Any and all records of the Bureau of Criminal Identification, including but not limited to pictures depicting the scene of the investigation and/or identification of an incident occurring on or about July 13, 2006 involving the death of Todd B. Rushworth in the Port of Providence, Rhode Island.