**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WILLIAM RUSHWORTH,

Plaintiff,

v. C.A. No. 06-364T

MANITOWOC ENGINEERING CO.,

Defendant.

____

WILLIAM RUSHWORTH,

Plaintiff,

v. C.A. No. 06-369T

SALAH & PECCI LEASING COMPANY, INC.,

Defendant and Third Party
Plaintiff

v.

METALS RECYCLING, LLC; MANITOWOC
CRANES, INC.; INTERNATIONAL LONGSHOREMEN'S
ASSOCIATION, LOCAL #1329; JOHN LOPES; and
HORACE CASTLE

Third Party Defendants

**CONSOLIDATION ORDER**

By order of the court, without objection by the parties, the following two cases shall be consolidated: Rushworth v. Manitowoc Engineering Co., C.A. No. 06-364T and Rushworth v. Salah & Pecci Leasing Company, Inc., C.A. No. 06-369T.

By agreement of the parties at a conference before the court on March 22, 2007, Manitowoc's Motion to Dismiss is hereby PASSED.

Counsel is directed to inform the court of any progress in securing and scheduling a private mediation.

IT IS SO ORDERED:

Ernest C Torres

U.S. District Judge Ernest C. Torres
Date: March 22, 2007