**HIGGINS, CAVANAGH & COONEY, LLP**
ATTORNEYS AT LAW
THE HAY BUILDING
123 DYER STREET
PROVIDENCE, R.I. 02903-3987
401-272-3500
800-274-5299

GERALD C. DEMARIA*
JOHN T. WALSH, JR.*
CHARLES A. HAMBLY, JR.
STEPHEN B. LANG
LAWRENCE P. MCCARTHY, III
JAMES A. RUGGIERI*
JAMES T. HORNSTEIN*
JOHN F. KELLEHER*
VIVIAN B. DOGAN*
PAUL S. CALLAGHAN*
SUSAN PEPIN FAY*
PETER E. GARVEY**
CHRISTINE D'ORSI FITTA
STEPHEN P. COONEY*
SAMUEL C. BODURTHA
BETH OLDMIXON*
KELLY A. KINCAID*

*ALSO ADMITTED IN MA
**ALSO ADMITTED IN CT

OF COUNSEL
KENNETH P. BORDEN

JAMES H. HIGGINS, JR.
1952-1975

JOHN P. COONEY, JR.
1960-1981

JOSEPH V. CAVANAGH
1952-1985

FAX
401-273-8780

WEBSITE: www.hcc-law.com

September 20, 2006

**HAND-DELIVERED**

Carol A. Zangari, Esq.
LAW OFFICES OF CAROL A. ZANGARI
The Wilcox Building, Suite 402
42 Weybosset Street
Providence, RI 02903

RE: William A. Rushworth, Sr., Administrator -vs.- Manitowoc Cranes, Inc.
Our File: 14977

---

Dear Carol:

Answers to interrogatories and production of documents are overdue. May we have answers so that it will not be necessary for us to file motions?

Thank you.

Very truly yours,

Gerald C. DeMaria

GCD:jcb