# United States District Court

DISTRICT OF Rhode Island

Rushworth v Manitowoc
Rushworth v Sa tah

## EXHIBIT AND WITNESS LIST

CASE NUMBER: 06-364T/06-369T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| MJ Martin | Carol Zangari | Beth O'Damixon |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 8-10-07 | N/A | Martha Saucier |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8-10-08 | | ✓ | Document - T1/Response to Interrogatories |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.