UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WILLIAM A. RUSHWORTH, SR., Individually and in his capacity as Administrator of the Estate of TODD BRIAN RUSHWORTH | |
| VS. | C.A. NO. 06-0364T |
| MANITOWOC ENGINEERING CO., THE MANITOWOC COMPANY, INC. | |
| WILLIAM A. RUSHWORTH, SR., Individually and in his capacity as Administrator of the Estate of TODD BRIAN RUSHWORTH<br>Plaintiff | |
| VS. | C.A. NO. 06-0369T |
| SALAH & PECCI LEASING COMPANY, INC., SALAH & PECCI, a/k/a JOHN DOE CORP.<br>Defendant | |
| VS. | |
| METALS RECYCLING, LLC, MANITOWOC CRANES, INC. INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL #1329 JOHN LOPES, in his capacity as President Of Local #1329; HORACE CASTLE, in his Capacity as Secretary-Treasurer of Local #1329; and JOHN DOES 1-5<br>Third-Party Defendants | |

**DEFENDANT, MANITOWOC CRANES, INC., IMPROPERLY IDENTIFIED AS MANITOWOC ENGINEERING CO. AND THE MANITOWOC COMPANY, INC.'S ASSENTED TO MOTION TO EXTEND TIME**

Defendant, Manitowoc Cranes, Inc. hereby moves for an Order of this Court extending the time within it must file its response to plaintiff's objections to the report and recommendation of Magistrate Judge David L. Martin up to and including May 12,

2008. As grounds for its motion, defendant states that counsel for defendant and counsel for plaintiff have been engaged in long term discussions which may lead to the resolution of this matter. Defendant requests the additional time so that it may finalize discussions with plaintiff's attorney.

Plaintiff assents to the within motion.

Defendant
By Their Attorneys,
HIGGINS, CAVANAGH & COONEY,LLP
/s/ John F. Kelleher
John F. Kelleher, Esq., #3854
23 Dyer Street
Providence, RI 02903-3987
Telephone: 401-272-3500
Facsimile: 401-273-8780
E-Mail: jkelleher@hcc-law.com

**CERTIFICATION**

I, John F. Kelleher, hereby certify that the within document was electronically filed on April 28, 2008. I further certify that a true copy of the within was sent by electronic means (ECF) to the following counsel of record: Howard Goldberg at hgoldberg@foleyhoag.com; Michael J. Daly at mdaly@vetterandwhite.com; Mark P. Dolan, Esq. at ricedolan@ricedolan.com; James D'Ambra, Esq. at ricedolan@ricedolan.com; Jeffrey S. Follett, Esq at jfollett@foleyhoag.com; Brooks R. Magratten, Esq at bmagratten@vetterandwhite.com; John R. Mahoney, Esq., at jackmahoney@amlawllp.com, lsoucy@amlawllp.com and at johnmahoney@amlawllp.com; Robert J. Quigley, Jr. at rquigley@mqiclaw.com; and Carol A. Zangari at caz@zangarilaw.com on this 28th day of April, 2008.

/s/ John F. Kelleher