UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM A. RUSHWORTH, SR., Individually and in his capacity as Administrator of the Estate of TODD BRIAN RUSHWORTH | : | |
| VS. | : | C.A. NO. 06-0364T |
| MANITOWOC ENGINEERING CO., THE MANITOWOC COMPANY, INC. | : | |

**DISMISSAL STIPULATION**

It is hereby agreed that the above-entitled matter is dismissed with prejudice; no interest, no costs.

/s/ Carol A. Zangari
Carol A. Zangari, Esq.
Attorney for Plaintiffs,
42 Weybosset Street, Suite 402
Providence, RI 02903
caz@zangarilaw.com

/s/ John F. Kelleher
John F. Kelleher, Esq., #3854
Attorney for Defendant, MANITOWOC CRANES, INC.
HIGGINS, CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903
401-272-3500
jkelleher@hcc-law.com

**CERTIFICATION**

I, John F. Kelleher, hereby certify that the within document was electronically filed on June 17, 2008. I further certify that a true copy of the within was sent by electronic means (ECF) to the following counsel of record: Howard Goldberg at hgoldberg@foleyhoag.com; Michael J. Daly, Esq. at mdaly@vetterandwhite.com; Mark P. Dolan, Esq. at ricedolan@ricedolan.com; James D'Ambra, Esq. at ricedolan@ricedolan.com; Jeffrey S. Follett, Esq at jfollett@foleyhoag.com; Brooks R. Magratten, Esq. at bmagratten@vetterandwhite.com; John R. Mahoney, Esq., at jackmahoney@amlawllp.com, lsoucy@amlawllp.com and at johnmahoney@amlawllp.com; Robert J. Quigley, Jr., Esq. at rquigley@mqiclaw.com; and Carol A. Zangari, Esq. at caz@zangarilaw.com on this 17th day of June, 2008.

/s/ John F. Kelleher