UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WILLIAM RUSHWORTH, SR.,
Individually and in his capacity as
Administrator of the Estate of
TODD BRIAN RUSHWORTH

v.

SALAH & PECCI LEASING COMPANY, INC.         C.A. No. 06-369-T
SALAH & PECCI a/k/a John Doe Corp.

v.

METALS RECYCLING, L.L.C.;
MANITOWOC CRANES, INC.

### ORDER DENYING METALS RECYCLING, LLC'S MOTION FOR ENTRY OF JUDGMENT

Metals Recycling, LLC's motion for entry of judgment is denied on the ground that a potentially viable claim still exists for contractual indemnification for any portion of Salah & Pecci Leasing Company Inc.'s liability that might be attributable to Metal's negligence. See Clarification of Memorandum and Order Granting Metals Recycling LLC's Motion for Summary Judgment, Rushworth v. Salah & Pecci Leasing Co., Inc., C.A. No. 06-369T, (D.R.I. Jan. 27, 2009).

It is so ordered.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Senior U.S. District Judge

Date: Jan. 27, 2009